# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

May 5, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/20
```

**BY ECF**
The Honorable Kimba M. Wood (KMW)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Alexander Dejesus*, 19 Cr. 821 (KMW)

Dear Judge Wood:

This letter is a request to the Court to be relieved as counsel for Mr. Dejesus and ] **Granted** assign new counsel for the defendant. Mr. Dejesus also joins this request for new counsel to be assigned, the attorney client relationship has been irreversibly destroyed and is irreconcilable at this juncture. Thank you for the Court's consideration and time in this matter.

Respectfully,

*Kenneth J. Montgomery*

s/

Kenneth J. Montgomery

The Court appoints CJA counsel on duty today, Daniel McGuinness. Mr. Montgomery shall provide Mr. McGuinness with the file and relevant documents. Mr. McGuinness shall also send a copy of this order to the defendant.

*Kimba M. Wood* 5/11/20

SO ORDERED