UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/21
```

-against-

**ORDER**
19 CR 821 (KMW)

ALEXANDER DEJESUS,
LUIS ESPINAL,
ANTHONY MELO

Defendants.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The conference currently scheduled for June 14, 2021, is adjourned to Monday, June 28, 2021, at 11:00 a.m. The parties shall notify the Court by Wednesday, June 16, 2021, whether they wish to proceed remotely or in-person, so that the Court can put in a timely request for a remote or in-person proceeding, consistent with the guidelines currently in place in the courthouse.

SO ORDERED.

Dated: New York, New York
       June 9, 2021

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE