UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

-against-

Alexander DeJesus,
Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY TELEPHONE CONFERENCE**

19-CR-821

I hereby consent to participate in the following proceeding(s) by telephone conference:

X   Guilty Plea

___ Sentencing

_Alexander De Jesus_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

ALEXANDER DEJESUS
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

DANIEL MCGUINNESS
Print Counsel's Name

This proceeding was conducted by reliable telephone conference technology:

6/25/2021
Date:

_[signature]_
U.S. Magistrate Judge