UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

ALEXANDER DEJESUS,

                              Defendant.
-------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/21

19 CR 821 (KMW)

ORDER

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on July 25, 2021;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
July 22, 2021

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE

Copies of this Order have been forwarded to counsel for the respective parties.