# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@DAMCG.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/21

September 20, 2021

**VIA ECF**

The Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   United States of America v. Alexander Dejesus, 19 Cr. 821 (KMW)

Dear Judge Wood,

I am assigned counsel for Mr. Dejesus in the above-captioned matter. I write to request a 90-day adjournment of Mr. Dejesus's sentencing. At Mr. Dejesus's change of plea hearing before a Magistrate Judge, a control date for sentencing was set for September 24, 2021. The Final PSR for Mr. Dejesus was transmitted last week on Setempber 17, 2021. Related to sentencing, I am still awaiting the return of requested records for Mr. Dejesus. This is the first request for an adjournment of sentencing. The Government consents to this request.

I thank the Court for your consideration of this request.

Sentencing is adjourned to December 16, 2021, at 11:00 a.m. Defendant's submission is due by December 2. Government submission is due by December 9.

Very truly yours,

Daniel A. McGuinness

Cc: All Counsel (via ECF)

SO ORDERED:  N.Y., N.Y.  9/20/21

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.