UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against

ALEXANDER DEJESUS,

                Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/22

KIMBA M. WOOD, District Judge:

      Sentencing currently scheduled for January 26, 2022, is adjourned to March 2, 2022, at

2:00 p.m., as an in-person proceeding.  Defendant's submission is due by February 16, 2022.

Government submission is due by February 23, 2022.

      SO ORDERED.

Dated: New York, New York
      January 11, 2022

                        Kimba M. Wood
                        KIMBA M. WOOD
             UNITED STATES DISTRICT JUDGE