UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/22
```

------------------------------------------------------------------x

UNITED STATES OF AMERICA

     -against                                **ORDER**
                                            19 CR 821 (KMW)

ALEXANDER DEJESUS,

                         Defendant.

------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

     Due to a conflict with the Court's trial schedule, the conference currently scheduled for

May 25, 2022, is adjourned to Wednesday, June 22, 2022, at 10:00 a.m., as an in-person

proceeding.

     SO ORDERED.

Dated: New York, New York
       May 9, 2022

                                       *Kimba M. Wood*
                                    KIMBA M. WOOD
                       UNITED STATES DISTRICT JUDGE