UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/22

    -against-          **ORDER**
                  19 CR 821 (KMW)

ALEXANDER DEJESUS,

        Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

  Due to the Court's trial calendar, the conference currently scheduled for June 22, 2022, is adjourned to Wednesday, July 6, 2022, at 10:30 a.m.

  SO ORDERED.

Dated: New York, New York
     May 31, 2022

                /s/ Kimba M. Wood
                KIMBA M. WOOD
             UNITED STATES DISTRICT JUDGE