UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/17/22
```

    -against

ALEXANDER DEJESUS,

                        Defendant.
------------------------------------------------------------------x

**ORDER**

19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    The post-sentencing conference, currently scheduled for 11:00 a.m. on Wednesday,

September 7, 2022, is moved to 2:30 p.m.

    SO ORDERED.

Dated:  New York, New York
         August 17, 2022

                              KIMBA M. WOOD
                     UNITED STATES DISTRICT JUDGE