```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

ALEXANDER DEJESUS,

                       Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

The post-sentencing conference, currently scheduled for Wednesday, September 7, 2022, is adjourned to Wednesday, September 21, 2022, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       August 30, 2022

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE