UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

            -against-

ALEXANDER DEJESUS,

                           Defendant.
-------------------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 10/4/22

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    At the request of the parties, the post-sentencing conference scheduled for October 19, 2022, is adjourned to Wednesday, November 2, 2022, at 3:00 p.m.

    SO ORDERED.

Dated: New York, New York
         October 4, 2022

                                          /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE