UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

          -against-

ALEXANDER DEJESUS,

                                 Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/22

KIMBA M. WOOD, District Judge:

      The conference scheduled for November 2, 2022, is adjourned to Wednesday, December 7, 2022, at 2:00 p.m.

      SO ORDERED.

Dated: New York, New York
          October 11, 2022

                                                       /s/ Kimba M. Wood
                                                       KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE