```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

            -against-                                    ORDER
                                                    19 CR 821 (KMW)
ALEXANDER DEJESUS,

                        Defendant.
------------------------------------------------------------------x
```

KIMBA M. WOOD, District Judge:

The post-sentencing conference, currently scheduled for December 7, 2022, is adjourned to Wednesday, December 14, 2022, at 11:30 a.m.

SO ORDERED.

Dated: New York, New York
       November 9, 2022

*Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE