UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

         -against-

ALEXANDER DEJESUS,

                      Defendant.
-------------------------------------------------------------------x

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 11/30/22 |

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    The conference currently scheduled for December 14, 2022, is adjourned to January 11,

2023, at 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
       November 30, 2022

                           _Kimba M. Wood_
                             KIMBA M. WOOD
                 UNITED STATES DISTRICT JUDGE