UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

ALEXANDER DEJESUS,

                Defendant.

---------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/22

KIMBA M. WOOD, District Judge:

    The conference scheduled for January 11, 2023, is adjourned to Wednesday, January 18, 2023 at 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
         December 7, 2022

                                        */s/ Kimba M. Wood*
                                        KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE