UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

ALEXANDER DEJESUS

                      Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    The conference scheduled for Wednesday, January 25, 2023, at 12:30 p.m., will now be held as a telephone conference. To join the conference, the parties shall dial 1-888-363-4749 and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
          January 23, 2023

                                                 KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE