UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/23
```

    -against-

ALEXANDER DEJESUS,

               Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on Tuesday, February 28, 2023, at 2:00 p.m. To join the teleconference, the parties shall dial 1-888-363-4749 and enter Access Code 1613818.

    SO ORDERED.

Dated: New York, New York
       February 14, 2023

                                               /s/ Kimba M. Wood
                                               KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE