UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/23
```

-against

**ORDER**
19 CR 821 (KMW)

ALEXANDER DEJESUS,

Defendant.

------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference in the above-captioned case on Tuesday, March 28,

2023, at 10:00 a.m.  To join the conference, the parties shall dial 1-888-363-4749 and enter

Access Code 1613818.

SO ORDERED.

Dated: New York, New York
March 20, 2023

*Kimba m. Wood*

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE