UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 4/18/23 |

-against

**ORDER**
19 CR 821 (KMW)

ALEXANDER DEJESUS,

Defendant.

------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference scheduled for Tuesday, April

25 is adjourned to Monday, May 8, 2023, at 10:30 a.m.

SO ORDERED.

Dated: New York, New York
       April 18, 2023

Kimba m. Wood

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE