UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

            -against-

ALEXANDER DEJESUS,

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/23

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference in the above-captioned case on Monday, May 8, 2023, at 10:30 a.m. To join the conference the parties should dial 1-888-363-4749 and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
          May 8, 2023

                                              _____
                                              KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE