UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

         -against

ALEXANDER DEJESUS,

                    Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/23

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference in the above-captioned case on Monday, May 8, 2023, at 10:30 a.m. To join the conference the parties should dial 1-888-363-4749 and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
       May 3, 2023

                                          /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE