UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against                                         **ORDER**
                                                      19 CR 821 (KMW)

ALEXANDER DEJESUS,

                          Defendant.
-------------------------------------------------------------------x
KIMBA M. WOOD, District Judge:

       The Court will hold a teleconference in this case on Tuesday, June 13 at 10:30 a.m.  To

join the conference, the parties shall dial 1-888-363-4749 and enter access code 1613818.

       SO ORDERED.

Dated: New York, New York
       June 8, 2023

                                 KIMBA M. WOOD
                      UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/8/23_