```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   19-CR-00821-02(KMW)
       -against-                     :
                                     :   ORDER
Alexander Dejesus                    :
                                     :
            Defendant                :
                                     :
-------------------------------------X
```

KIMBA M. WOOD, United States District Judge:

It is hereby ORDERED that the defendant, ALEXANDER DEJESUS (███ ███████████████████████████), participate and complete an in-patient drug treatment program at Samaritan Daytop Village located at 88-83 Van Wyck Expressway, Jamaica, New York 11435, beginning on 10/08/2024.

    Dated: New York, New York
           OCTOBER 8, 2024

                                    SO ORDERED:

                                    _____
                                    KIMBA M. WOOD
                                    United States District Judge